| | |
|---|---|
| SPENCER HOSIE (CA Bar No. 101777) <br> shosie@hosielaw.com <br> GEORGE F. BISHOP (CA Bar No. 89205) <br> gbishop@hosielaw.com <br> DIANE S. RICE (CA Bar No. 118303) <br> drice@hosielaw.com <br> HOSIE RICE LLP <br> 600 Montgomery Street, 34th Floor <br> San Francisco, CA 94111 <br> (415) 247-6000 Tel. <br> (415) 247-6001 Fax <br><br> Attorneys for Plaintiff <br> IMPLICIT NETWORKS, INC. | KATHERINE KELLY LUTTON <br> (CA State Bar No. 194971) <br> lutton@fr.com <br> FISH & RICHARDSON P.C. <br> 500 Arguello Street, Suite 500 <br> Redwood City, California 94070-1526 <br> (650) 839-5070 Tel. <br> (650) 839-5071 Fax <br><br> CHRISTOPHER O. GREEN (*pro hac vice*) <br> cgreen@fr.com <br> FISH & RICHARDSON P.C. <br> 1180 Peachtree Street, NE, 21st Floor <br> Atlanta, Georgia 30309 <br> (404) 892-5005 Tel. <br> (404) 892-5002 Fax <br><br> Attorneys for Defendant <br> HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Case No. CV 12-0685 SI <br><br> **STIPULATED MOTION TO EXTEND DATE FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** <br><br> Case Management Conference <br> Date: June 22, 2012 <br> Time: 2:30 p.m. |

Plaintiff Implicit Networks, Inc. ("Implicit") and Defendant Hewlett-Packard Company ("HP"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, a case management conference is currently scheduled to occur on June 22, 2012 at 2:30 p.m.;

WHEREAS, the parties have reached an agreement in principle to resolve this matter; and

WHEREAS, the parties request a 14-day continuance of the Case Management Conference in order to provide time to document the resolution;

1

WHEREFORE IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the date and time for the Case Management Conference in this action be re-scheduled for July 6, 2012, at 2:30 p.m., or as soon thereafter as is convenient for the Court.

Dated:  June 18, 2012                         FISH & RICHARDSON P.C.


                                              By: */s/ Katherine K. Lutton*
                                                   Katherine K. Lutton

                                              Attorney for Defendant
                                              HEWLETT-PACKARD COMPANY

Dated:  June 18, 2012                         HOSIE RICE LLP


                                              By:  */s/ Spencer Hosie*
                                                   Spencer Hosie

                                              Attorney for Plaintiff
                                              IMPLICIT NETWORKS, INC.


### **DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Christopher Green.

Dated:  June 18, 2012                         HOSIE RICE LLP


                                              By:  */s/ Spencer Hosie*
                                                   Spencer Hosie

                                              Attorney for Plaintiff
                                              IMPLICIT NETWORKS, INC.

1  **PURSUANT TO STIPULATION IT IS ORDERED THAT**

2  The Case Management Conference is continued until  July   6 , 2012 at  3 p.m.  .

3  Dated: June _21, 2012

4  _____
   Honorable Susan Illston
   U.S. DISTRICT COURT JUDGE