| | |
|---|---|
| SPENCER HOSIE (CA Bar No. 101777)<br>shosie@hosielaw.com<br>GEORGE F. BISHOP (CA Bar No. 89205)<br>gbishop@hosielaw.com<br>DIANE S. RICE (CA Bar No. 118303)<br>drice@hosielaw.com<br>HOSIE RICE LLP<br>600 Montgomery Street, 34th Floor<br>San Francisco, CA 94111<br>(415) 247-6000 Tel.<br>(415) 247-6001 Fax<br><br>Attorneys for Plaintiff<br>IMPLICIT NETWORKS, INC. | KATHERINE KELLY LUTTON<br>(CA State Bar No. 194971)<br>lutton@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94070-1526<br>(650) 839-5070 Tel.<br>(650) 839-5071 Fax<br><br>CHRISTOPHER O. GREEN (*pro hac vice*)<br>cgreen@fr.com<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street, NE, 21st Floor<br>Atlanta, Georgia 30309<br>(404) 892-5005 Tel.<br>(404) 892-5002 Fax<br><br>Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>   Defendant. | Case No. CV 12-0685 SI<br><br>**STIPULATED DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff, Implicit Networks, Inc. ("Implicit") and defendant Hewlett-Packard Co. ("HP") hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii): claims and counterclaims brought by Implicit against HP and claims and counterclaims brought by HP against Implicit are hereby dismissed WITH PREJUDICE; and that each party bears its own costs, expenses and attorneys' fees.

| | | |
|---|---|---|
| 1 | Dated:  July 13, 2012 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/ Katherine K. Lutton |
| 4 | | Katherine K. Lutton |
| 5 | | Attorney for Defendant<br>HEWLETT-PACKARD COMPANY |
| 6 | Dated:  July 13, 2012 | HOSIE RICE LLP |
| 7 | | |
| 8 | | |
| 9 | | By: /s/ Spencer Hosie<br>Spencer Hosie |
| 10 | | Attorney for Plaintiff<br>IMPLICIT NETWORKS, INC. |

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Katherine Lutton.

Dated:  July 13, 2012          HOSIE RICE LLP

By: /s/ Spencer Hosie
    Spencer Hosie

Attorney for Plaintiff
IMPLICIT NETWORKS, INC.

**IT IS SO ORDERED.**

DATED this __16__ day of July, 2012.

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE